JAMES MacRAE v. THE WILLIAM BURNS INTERNATIONAL DETECTIVE AGENCY, Inc.

(Filed 10 December, 1930.)

Appeal by defendant from *Oglesby, J.,* at October Term, 1930, of Buncombe. No error.

*Martin & Martin for appellant.*
*J. C. Cheesborough and W. A. Sullivan for appellee.*

Per Curiam. The plaintiff brought suit to recover an amount alleged to be due him by the defendant for services rendered in the capacity of an attorney. The issue was answered against the defendant and the plaintiff was given a judgment. We have examined the appellant's exceptions and find

No error.